IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF TEXAS
__Lufkin__ DIVISION

__Edward Herrera    585206__
Plaintiff's name and ID Number

__Jester III Unit__
Place of Confinement

V.

__Lorie Davis (Director)__
Defendant's name and address

CASE NO._____
(Clerk will assign the number)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 10 2020
BY DEPUTY _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Edward Herrera__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?    Yes ☐   No ☒
   b. Rent payments, interest or dividends?            Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?  Yes ☐   No ☒
   d. Gifts or inheritances?                           Yes ☐   No ☒
   e. Family or friends?                               Yes ☒   No ☐
   f. Any other sources?                               Yes ☐   No ☒

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __Hundred Forty monthly__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes ☒   No ☐

   If you answered **YES** to any of the questions above, state the total value of the items owned.
   __$50.04__

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐        No ☒

If you answered **YES**, describe the property and state its approximate value.

| N/A |
|---|
| N/A |

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___6 TH___ day of ___MARCH___, 20 _20_

_Edward Herrera  52206_
Signature of Plaintiff                    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
J314/GL00113                IN-FORMA-PAUPERIS DATA                    07:13:34
 TDCJ#: 00585206 SID#: 03796611 LOCATION: JESTER III        INDIGENT DTE:
  NAME: HERRERA,EDWARD                   BEGINNING PERIOD: 09/01/19
  PREVIOUS TDCJ NUMBERS: 00456621
   CURRENT BAL:         50.04 TOT HOLD AMT:          0.00 3MTH TOT DEP:      310.
00 6MTH DEP:           740.00 6MTH AVG BAL:         26.04 6MTH AVG DEP:      123
.33 MONTH HIGHEST BALANCE TOTAL DEPOSITS      MONTH HIGHEST BALANCE TOTAL DEPOSITS
    02/20       30.36         45.00           11/19      76.26        100.00
    01/20       90.76        140.00           10/19      98.16        170.00
    12/19       77.56        125.00           09/19      92.35        160.00
```

            STATE OF TEXAS COUNTY OF Fort Bend
            ON THIS THE 05 DAY OF March       ,2020 I CERTIFY THAT THIS DOCUMENT IS A
   TRUE,   COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN TH
   E       COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:_____
            PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: ____



MS. LAURIE GILBERT
ID# 13098837-8
Notary Public, State of Texas
My Commission Expires
01/27/2021
Notary Without Bond