United States District Court

104 N. Third St

Lufkin, TX 75901

To Whom It may Concern:

In reference to Case # 9:20CV43 for Edward Herrera TDC #585206. His former address was Jester 3 Unit in Richmond, TX but he is now in Hospice at the Carole Young Medical Facility TDCJ, 5509 Attwater Ave. Dickinson, TX 77539.

Please forward any correspondence regarding his case to the Carole Young Unit.

For any questions you may contact Peggy Herrera (wife) at 512-758-3292.

Thank You.

Peggy Herrera

3366 State Hwy 19, Lot 5

Huntsville, TX 77320

*Peggy Herrera* (signature)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 3 1 2020
BY
DEPUTY _____

## STATUTORY DURABLE POWER OF ATTORNEY

I _EDWARD HERRERA_, my Social Security Number being ___-4535_ appoint _PEGGY HERRERA_ located at _3366 ST HWY LOT #5 HUNTSVILLE TX 77320_ _WALKER_ County in the State of _TEXAS_, as my agent to act for me in any lawful way with respect to the following initialed subject.

A) Real Property Transactions
B) Tangible Personal Property Transactions
C) Stock and Bond Transactions
D) Commodity and Option Transactions
E) Banking and other Financial Institution Transactions
F) Business Operating Transactions
G) Insurance and Annuity Transactions
H) Estate, Trust, and other Beneficiary Transactions
I) Claims and Litigation
J) Personal and Family Maintenance
K) Benefits from Social Security, Medicare, Medicaid, or other Governmental Programs or Civil or Military Service
L) Retirement Plan Transactions
M) Tax Matters
✓N) All of the powers listed in A-M

Unless you direct otherwise above, this Power of Attorney is effective immediately and will continue until it is revoked.

This Power of Attorney is not affected by my subsequent disability or incapacity.

Signed this _8_ Day of _NOVEMBER_, 2019

_Edward Herrera_
Signature

State of _TEXAS_
County of _Fort bend_

Signed under oath before me on _November 08, 2019_ by _EDWARD HERRERA_, Respondent, personally known to me and or identified by Offender Identification Number _585206_.

MS. LAURIE GILBERT
ID# 13098837-8
Notary Public, State of Texas
My Commission Expires
01/27/2021
Notary Without Bond

Notary Public, State of Texas

I, the Notary Public whose signature appears above, certify that I am not an attorney in this case.

Peggy S. Herrera
P.O. Box 45
Riverside, TX 77367

United States District Court
104 N. Third St.
Lufkin, TX 75901

NORTH HOUSTON TX
25 AUG 2020 PM 1 L

75901-983135