1/

DEAR COURTS                                        10-11-20

Yes. I'm inquiring about my case # 9:20cv43. I never recieved any letter from the courts since I filed my lawsuit back in April. Could you please update me on my case.

      Thank you for your time

           Sincerely
           Mr. Edward Herrera
           #525206

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 15 2020

BY
DEPUTY

Mr. Edward Herrera
#2055206
5509 Pinewater Ave
Dickinson, Texas
- 77539.

NORTH HOUSTON TX 773
13 OCT 2020 PM 2 L

To: United States District Court
Lufkin Division
104 N. 3rd St.
Lufkin, Texas
- 75901