United States District Court

104 N. Third Street

Lufkin, TX 75901

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 17 2020

BY
DEPUTY _____

12/09/2020

To Whom It May Concern:

In reference to Case # 9:20CV43 for Edward Herrera TDC #585206.

His former address was at the Carole Young Medical Facility at 5509 Attwater Ave. in Dickinson, TX 77539 but he is now in Hospice at the Mark W. Michael Unit, 2664 FM 2054, Tennessee Colony, TX 75886.

Please forward any correspondence regarding his case to the Mark W. Michael Unit.

For any questions you may contact Peggy Herrera (wife) at (512)758-3292.


Thank you,

Peggy Herrera  *Peggy Herrera* (signature)

3366 State Hwy 19 Lot 5

Huntsville, TX 77320

NORTH HOUSTON TX 773

15 DEC 2020 PM 3 L

Peggy Herrera
3366 State Hwy 19 Lot 5
Huntsville, TX 77320

United States District Court
104 N. Third Street
Lufkin, TX 75901