U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
104 N. THIRD
LUFKIN, TX 75901

OFFICIAL BUSINESS

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 18 2020
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

RTS

Move v/p
Need #

77539502311N                    12/16/20
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
104 NORTH THIRD STREET
LUFKIN, TEXAS 75901

OFFICIAL BUSINESS

Edward Herrera 585206
Carole Young Medical Facility
5509 Attwater Ave.
Dickinson, TX 77539