District Court                                              1-11-21

My name is Edward Herrera, i am writing this letter in regards to my case filed 3-10-20 (case # 9:20CV43) would you please update me on the status of my pending lawsuit. it's been almost a year, any information would be helpful.

Thank you for your time and patience

                                    Sincerely
                                    Edward Herrera

My new current
address
2664 FM 2054
Tennessee, Colony TX
75886

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 21 2021

BY
DEPUTY _____

Mr Edward Herrera
#595206
2664 FM 2054
Tennessee Colony, TX
— 75886 —

UNITED STATES DISTRICT COURT
E. DISTRICT LUFKIN DIVISION
104 N. 3rd ST.
LUFKIN, TEXAS
75901-1085



NORTH TEXAS TX P&DC
DALLAS TX 750
19 JAN 2021 PM 10 L