IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

**REFERRAL ORDER**

Pursuant to 28 U.S.C. 636 and Local Rule CV-72, the undersigned hereby **REFERS** the cases set forth below to U.S. Magistrate Judge Christine L. Stetson for all pretrial proceedings.

| | |
|---|---|
| 9:15-cv-00057-RC-KFG | Bailey v. Healthsouth Corporation et al |
| 9:16-cv-00046-RC-KFG | MFC Commodities GmbH v. Texas Pellets,Inc. |
| 9:17-cv-00184-RC-KFG | Blake v. Thompson et al |
| 9:18-cv-00139-RC-KFG | Skinner v. Collier et al |
| 9:18-cv-00225-RC-KFG | Parker v. Shelby County et al |
| 9:19-cv-00072-RC-KFG | Scranton v. Farrell |
| 9:19-cv-00093-RC-KFG | Favela v. Collier et al |
| 9:19-cv-00111-RC-KFG | Boyd v. Director , TDCJ-CID |
| 9:19-cv-00146-RC-KFG | Schuff v. Perkins et al |
| 9:19-cv-00158-RC-KFG | Beaver v. Director, TDCJ-CID |
| 9:19-cv-00166-RC-KFG | Barton v. Rhodes et al |
| 9:19-cv-00190-RC-KFG | Novak, Jr. v. Sessum et al |
| 9:19-cv-00212-RC-KFG | Hicks v. Seales et al |
| 9:19-cv-00223-RC-KFG | Max-George v. Equifax Information Services,LLC |
| 9:19-cv-00229-RC-KFG | Munoz, Sr. v. Davis et al |
| 9:20-cv-00006-RC-KFG | Tennell v. Taylor et al |
| 9:20-cv-00012-RC-KFG | Vessell v. Lamb et al |

1

| | |
|---|---|
| 9:20-cv-00019-RC-KFG | Clay v. Hanson et al |
| 9:20-cv-00020-RC-KFG | Crawford v. Texas Department of Criminal Justice et al |
| 9:20-cv-00025-RC-KFG | Curry v. Holcomb |
| 9:20-cv-00034-RC-KFG | Mickey et al v. Deutsche Bank National Trust Company et al |
| 9:20-cv-00036-RC-KFG | Grizzle v. Davis et al |
| 9:20-cv-00043-RC-KFG | Herrera v. Davis et al |
| 9:20-cv-00049-RC-KFG | Tabler v. Davis |
| 9:20-cv-00056-RC-KFG | Reynolds v. Rhodes et al |
| 9:20-cv-00066-RC-KFG | Murphy v. Commissioner, SSA |
| 9:20-cv-00092-RC-KFG | Moore v. Duff et al |
| 9:20-cv-00121-RC-KFG | Moore v. Lindley et al |
| 9:20-cv-00135-RC-KFG | Almaguer v. Saul |
| 9:20-cv-00140-RC-KFG | Rodriguez, Jr. v. Touhami et al |
| 9:20-cv-00149-RC-KFG | Garrett v. Lopez |
| 9:20-cv-00154-RC-KFG | Thunderhorse v. Woods |
| 9:20-cv-00163-RC-KFG | Thomas v. Director, TDCJ-CID |
| 9:20-cv-00188-RC-KFG | Grant v. Jackson et al |
| 9:20-cv-00189-RC-KFG | Thornton v. Fayankinnu et al |
| 9:20-cv-00210-RC-KFG | Barefield v. Bush et al |
| 9:20-cv-00226-RC-KFG | Collins v. United States |
| 9:20-cv-00239-RC-KFG | Knowlton v. Commissioner of Social Security |

| | |
|---|---|
| 9:20-cv-00249-RC-KFG | Jones v. Texas Department of Criminal Justice - Correctional Institutional Division(CID) |
| 9:20-cv-00254-RC-KFG | Kerns vs Commissioner, SSA |
| 9:21-cv-00003-RC-KFG | Neal v. Reed et al |
| 9:21-cv-00024-RC-KFG | Martin v. Glover et al |
| 9:21-cv-00031-RC-KFG | Daniels v. Georgia Pacific Corporation |
| 9:21-cv-00033-RC-KFG | Phillips v. C R Bard Incorporated et al |
| 9:21-cv-00043-RC-KFG | Craig v. American Honda Motor Co. |
| 9:21-cv-00046-RC-KFG | Johnson v. Guiterrez et al |
| 9:21-cv-00049-RC-KFG | Rhodes v. Director, TDCJ-CID |
| 9:21-cv-00056-RC-KFG | Richard v. LaRule et al |
| 9:21-cv-00062-RC-KFG | Delarosa v. Director, TDCJ-CID |
| 9:21-cv-00067-RC-KFG | Spencer v. Saul |
| 9:21-cv-00074-RC-KFG | Sizemore v. Commissioner of Social Security |
| 9:21-cv-00076-RC-KFG | Hapney v. Commissioner of Social Security |
| 9:21-cv-00079-RC-KFG | Flores v. Lumpkin et al |
| 9:21-cv-00082-RC-KFG | Papillion v. Dickerson et al |
| 9:21-cv-00098-RC-KFG | United States of America v. $1,030.00 in United States Currency |
| 9:21-cv-00104-RC-KFG | Stewart v. Commissioner of SSA |
| 9:21-cv-00109-RC-KFG | Hughes v. Warden Perez et al |
| 9:21-cv-00119-RC-KFG | Komatsu America Corp. v. HC Oilfield Services, LLC et al |
| 9:21-cv-00126-RC-KFG | Gomez v. Camaro Inc. et al |
| 9:21-cv-00130-RC-KFG | Dixon v. McDanial et al |

| | |
|---|---|
| 9:21-cv-00131-RC-KFG | **Dewalt, Jr v. Officer Sims** |
| 9:21-cv-00135-RC-KFG | **Sanchez v. Lumpkin et al** |
| 9:21-cv-00137-RC-KFG | **Munoz, Sr. v. Gonzalez, Jr. et al** |
| 9:21-cv-00139-RC-KFG | **Wooten v. Williams et al** |

So ORDERED and SIGNED, September 17, 2021.

*[signature: Ron Clark]*

Ron Clark
Senior Judge